# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**WAYMOND B. SMITH,**                         CASE NO. 3:12-cv-274

    Petitioner,                         **Judge Timothy S. Black**
                                                      **Magistrate Judge Michael R. Merz**

    **-vs-**

**WARDEN, Warren Correctional Institution,**

    Respondent.

_____
## JUDGMENT IN A CIVIL CASE
_____

    **[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]**    **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc. 3) of the United States Magistrate Judge is **ADOPTED IN ITS ENTIRETY**; that the Petitioner's Petition is **DISMISSED** with prejudice; that any request for certificate of appealability is **DENIED**; that any appeal would be **CERTIFIED** as objectively frivolous; that any request for leave to appeal *in forma pauperis* would be **DENIED**; and the case is **TERMINATED** from the docket.

Date: November 7, 2012                         **JOHN P. HEHMAN, CLERK**
                                                                        By: s/ M. Rogers
                                                                        Deputy Clerk